1
2   ⅰⅰ OCT 25  AM 11: 15
3
4
5                                                                              DEPUTY
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,      )   Criminal Case No.94cr0884-B
                                     )
12 |            Plaintiff,           )
                                     )
13 |     v.                          )   ORDER OF DISMISSAL OF INDICTMENT
                                     )   AND WITHDRAWAL OF BENCH
14 | FAUSTO RODOLFO OSUNA, SR.,      )   WARRANT
                                     )
15 |            Defendant.           )
                                     )
16
     Upon application of the United States Attorney, and good cause appearing therefrom,
17
     IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant
18
   FAUSTO RODOLFO OSUNA, SR., (1), is dismissed without prejudice; and,
19
     IT IS FURTHER ORDERED that the bench warrant for FAUSTO RODOLFO OSUNA, SR.,
20
   be recalled.
21
   DATED: 9-24-11
22
23 (mdc)
                                         _____
24                                       HONORABLE RUDI M. BREWSTER
                                         United States District Court
25
26
27
28